IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLAUDIDE ANTOINE,

    Petitioner,

v.                                              4:14cv453–WS/CAS

WARDEN OF FCI TALLAHASSEE,

    Respondent.

_____

ORDER DISMISSING PETITIONER'S § 2241 PETITION

Before the court is the magistrate judge's report and recommendation (doc. 9) docketed November 9, 2016. The magistrate judge recommends that the petitioner's § 2241 petition for writ of habeas corpus be dismissed for lack of jurisdiction. The petitioner has filed no objections to the report and recommendation.

Having considered the matter, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 9) is ADOPTED

and incorporated by reference into this order of the court.

    2.  The petitioner's § 2241 petition for writ of habeas corpus is DISMISSED for lack of subject matter jurisdiction.

    3.  The clerk is directed to enter judgment stating: "The petitioner's § 2241 petition for writ of habeas corpus is DISMISSED."

    DONE AND ORDERED this   9th   day of   December  , 2016.

                                  s/ William Stafford  
                                  WILLIAM STAFFORD  
                                  SENIOR UNITED STATES DISTRICT JUDGE